# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**v.**                          **Case No. 3:21-CR-00004-01-LPR**

**ANTONIO GORDON**                                                                              **DEFENDANT**

## ORDER

Defendant's Motion to Reduce Sentence (Doc. 68) is DENIED.

Defendant did not receive "status points" at sentencing, so retroactive guideline Amendment 821 does not change his sentence. The "zero point" reduction also does not apply because he had a criminal history score of 4, not 0.

Additionally, Defendant's plea agreement provides that he "waives the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ."[1] Because Defendant knowingly and voluntarily entered into his plea agreement, including this waiver, he is not entitled to relief.[2]

IT IS SO ORDERED this 9th day of January, 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 57.

[2] *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a § 3582 (c)(2) motion when the record establish that the defendant knowingly and voluntarily entered the plea agreement).